

**SO ORDERED,**

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: EXYAH ANDERSON

Case No. 19-14861-JDW
Chapter 13 Proceedings

**AGREED ORDER ON TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#12)**

The Court is advised that the parties have settled the matter of TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#12) and agree that this Objection should be overruled. The Court finds that the agreement of the parties is well founded and should be incorporated into this Order.

**The claim of Tower Loan (POC #6) filed in the amount of $2,094.13 shall be treated as follows:**

Secured    $850.00 to be paid through the plan together with interest at the rate of 6.75% over the life of the plan. The remainder of Tower's claim, $1,244.13, shall be treated as a general unsecured claim.

Therefore, it is Ordered and Adjudged that TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#12) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

*Rebecca Guion Burton*
Prepared By:
Rebecca Guion Burton
MSB#: 105059
First Tower Loan, LLC
P. O. Box 320001
Flowood, MS 39232-0001
Telephone: (601) 992-0936
Fax: (601) 992-5176

*Please see attached*
Robert Lomenick
For the Debtor
MSB#: 104186
rlomenick@gmail.com
126 North Spring Street, P.O. Box 417
Holly Springs, MS 38635

*Please see attached*
Locke D. Barkley
For the Trustee
ssmith@barkley13.com
6360 I55 North, Suite 140
Jackson, MS 39211

Agreed:

Prepared By:
Rebecca Guion Burton
MSB#: 105059
First Tower Loan, LLC
P. O. Box 320001
Flowood, MS 39232-0001
Telephone: (601) 992-0936
Fax: (601) 992-5176

_/s/ Robert Lomenick_
Robert Lomenick
For the Debtor
MSB#: 104186
rlomenick@gmail.com
126 North Spring Street, P.O. Box 417
Holly Springs, MS 38635

_/s/ W. Jeffrey Collier_
Locke D. Barkley
For the Trustee
ssmith@barkley13.com
6360 I55 North, Suite 140
Jackson, MS 39211